STATE OF NEW JERSEY, BOROUGH OF BELMAR v.
L. J. SCHIER.

April 12, 1971. Petition for certification granted.

STATE OF NEW JERSEY v. RAYMOND LOUIS PALAZZO.

June 1, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. PAUL CELI.

June 1, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. BENNY SUDOL.

June 1, 1971. Petition for certification denied.

JAMES H. GIVEN v.
AMERICAN TELEPHONE AND TELEGRAPH COMPANY.

June 1, 1971. Petition for certification granted.

FRANK BLANCHE v. SALLIE STEVENS.

June 1, 1971. Petition for certification denied.